UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CRYSTAL REED**                                              **CIVIL ACTION**

**VERSUS**                                                    **NO. 12-2944**

**JAMES ROGERS, WARDEN**                                      **SECTION "I"(2)**

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Crystal Reed's "Motion to Stay Proceedings," Record Doc. No. 13, is DENIED.

**IT IS FURTHER ORDERED** that Crystal Reed's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 26th day of September, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE